IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN LEONCIO, et al.,

    Plaintiffs,

v.

QUICKEN LOANS, INC.,

    Defendant.

Case No. 16-cv-00846-MMC

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL**

On March 21, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith a chambers copy of the Notice of Removal, filed February 19, 2016, and all exhibits attached thereto.

**IT IS SO ORDERED.**

Dated: March 31, 2016

MAXINE M. CHESNEY
United States District Judge