IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN LEONCIO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>QUICKEN LOANS, INC.,<br><br>　　　　　Defendant. | Case No. 16-cv-00846-MMC<br><br>**ORDER RE: NON-APPEARANCE** |

　　　　On May 20, 2016, counsel for plaintiff failed to appear as ordered at a regularly scheduled case management conference in the above-titled action.

　　　　Thereafter, on May 31, 2016, counsel filed a declaration in which she explains the reason for her absence.

　　　　Having read and considered the declaration, the Court accepts counsel's apology and takes no further action on the matter.

　　　　**IT IS SO ORDERED.**

Dated: June 1, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge