Erikson M. Davis (SBN 197841)
REAL ESTATE LAW CENTER, PC
695 South Vermont Avenue, Suite 1100
Los Angeles, CA 90005
T. 213-201-6353
F. 213-281-9627
ATTORNEY FOR PLAINTIFFS

**IT IS SO ORDERED**
Judge Maxine M. Chesney
Dated: October 24, 2016

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN LEONCIO, an individual and co-borrower; DEBORAH LEONCIO, an individual and co-borrower,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS, a business entity; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO: 3:16-cv-00846-MMC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Benjamin Leoncio and Deborah Leoncio, by and through their attorneys, hereby voluntarily dismiss the above-entitled matter, without prejudice, against all Defendants, each party to bear its own fees and costs.

                                         Respectfully submitted,

Dated:  October 11, 2016        REAL ESTATE LAW CENTER, PC

                                         /s/Erikson M. Davis_____
                                         ERIKSON M. DAVIS, Esq.
                                         Attorney for Plaintiffs
                                         Benjamin Leoncio and Deborah Leoncio